In the Matter of Michael Sullivan, Appellant, against Albert Williams as Commissioner of the Department of Correction of the City of New York, Respondent.—

No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.